UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   1:11-cv-23220-JEM

SAMANTHA SCHREIBER,

    Plaintiff,

vs.

R.K. ASSOCIATES #2, INC.

    Defendant.
_____/

## NOTICE VOLUNTARY DISMISSAL

Plaintiff, SAMANTHA SCHREIBER, hereby voluntarily stipulates to the dismissal of the above-styled action as to any and all claims against Defendant, R.K. ASSOCIATES #2, INC.  Each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

/S/LAWRENCE POPRITKIN

Lawrence Popritkin, Esq.
Florida Bar No.: 0119946
LAWRENCE POPRITKIN,P.A.
1801 NW 66 Avenue, Suite 104
Plantation, Florida 33313
Telephone: (954)791-7240
Facsimile: (954) 791-7331
E-mail: lpopritkin@ldplaw.net
Counsel for Plaintiff