UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-23220-CIV-MARTINEZ-MCALILEY

SAMANTHA SCHREIBER,

    Plaintiff,

vs.

R.K. ASSOCIATES #2, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (D.E. No. 4). It is:

**ADJUDGED** that this action is DISMISSED without prejudice. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of September, 2011.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record